NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHIRE LLC, SHIRE DEVELOPMENT INC., AND SHIRE DEVELOPMENT, LLC,**
*Plaintiffs-Appellees,*

v.

**AMNEAL PHARMACEUTICALS, LLC, ROXANE LABORATORIES INC., SANDOZ INC., MYLAN INC., MYLAN PHARMACEUTICALS INC., JOHNSON MATTHEY INC., JOHNSON MATTHEY PHARMACEUTICAL MATERIALS, ACTAVIS ELIZABETH LLC, AND ACTAVIS LLC,**
*Defendants-Appellants.*

---

2014-1736, -1737, -1738, -1739, -1740, -1741

---

Appeals from the United States District Court for the District of New Jersey in Nos. 2:11-cv-03781-SRC-CLW, 2:11-cv-04053-SRC-MAS, 3:11-cv-03787-PGS-LHG, 2:11-cv-03886-SRC-MAS, and 2:12-cv-03234-SRC-MAS, Judge Stanley R. Chesler.

---

**ON MOTION**

---

Before DYK, *Circuit Judge.*

# ORDER

Appellees move without opposition for an extension of time, to set the briefing schedule, and to file an extended brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted in part. Appellees' principal brief, not to exceed 16,000 words, is due no later than January 30, 2015. Appellants' reply brief is due no later than February 27, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25